HAZEL BOWERS, as Administratrix of the Estate of HARRY BOWERS, Deceased, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued April 24, 1929; decided May 28, 1929.)

*Thomas J. Brennan* and *Joseph F. Keany* for appellant. *Harry W. Moore* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.